MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Leigh and Deane Murphy*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bennett, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Leigh Murphy and Deane Murphy, husband and wife; Murphy Cattle Company; John and Jane Does, I-X; and ABC Corporations, I-X,<br><br>    Defendants. | No.<br><br>(Maricopa County Superior Court Case No. CV2019-007716)<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule 3.6, Local Rules of the United States District Court for the District of Arizona, Defendants Leigh and Deane Murphy (hereinafter, "Defendants"), hereby give notice of the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona, Phoenix Division, and in support thereof respectfully assert:

1. On May 28, 2019, Plaintiff filed a Complaint in the matter of *Michael Bennett, an individual, v. Leigh Murphy and Deane Murphy, husband and wife, Murphy Cattle Company, John and Jane Does, I-X, Black and White Partnership, I-X, and ABC Corporations, I-X*, in the Superior Court of the State of Arizona, in and for the County of Maricopa, Case No. CV2019-007716. *See* Complaint, attached hereto as **Exhibit "A."**

2. Plaintiff served copies of the Complaint upon Defendant's counsel, as of the time of this filing.



4835-8796-5595.1

3. Plaintiff Bennett Murphy is an individual domiciled in the State of Arizona and is a resident of Maricopa County, Arizona. *See* **Exhibit "A."**

4. Defendants Leigh and Deane Murphy are husband and wife domiciled in New Mexico and residents of De Baca County, New Mexico. *See* **Exhibit "A."**

5. Defendant Murphy Cattle Company is a foreign corporation with its headquarters and principal place of business at 37130 Highway 134, Toponas, Colorado 80479. *See* **Exhibit "C."**

6. Plaintiff's Complaint also names as fictitious defendants John and Jane Does, Black and White Partnership, and ABC Corporations. The citizenship of such fictitious defendants is ignored for purposes of removal. 28 U.S.C. § 1441(b) (1).

7. Disregarding the citizenship of all fictitious parties, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, and this action may be removed pursuant to 28 U.S.C. § 1441(b), because it is a civil action between parties with complete diversity of citizenship and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of $75,000.

8. The Complaint seeks recovery under theories of negligence, respondent superior, vicarious liability, and agency law. Plaintiff is seeking recovery for injuries sustained during an incident on January 11, 2019. As part of that claim, Plaintiff is seeking past and future medical expenses, property damage, past and future lost income, and extreme pain and suffering. *See* **Exhibit "A"** at 3. Plaintiff further seeks interest on the liquidated sum and taxable costs.

9. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because service has not yet been effected on Defendants. The Complaint was filed by Plaintiff in the Superior Court on May 28, 2019, however, no effective service was made to Defendants.

10. Pursuant to 28 U.S.C. § 1446(a) and LR Civ. 3.6, undersigned counsel hereby certifies that **Exhibits "A"** and **"B"** attached hereto include true and complete copies of all documents filed in the Superior Court of the State of Arizona, in and for the

1  County of Maricopa.

2  11. A Notification of Filing Notice of Removal in Superior Court, in the form attached as **Exhibit "D"**, shall be filed in Superior Court of the State of Arizona, in and for the County of Maricopa pursuant to 28 U.S.C. § 1446(d) and served upon counsel for Plaintiffs.

WHEREFORE, Defendants respectfully request that the above-referenced action now pending against it in the Superior Court for the State of Arizona for the County of Maricopa be removed to the United States District Court for the District of Arizona.

DATED this 1st day of July, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Matthew D. Kleifield
   Matthew D. Kleifield
   *Attorneys for Leigh and Deane Murphy*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following EM/ECF registrants:

Krista M. Carman
CARMAN LAW FIRM
246 S. Cortez Street
Prescott, Arizona 86303
Krista@cramanlf.com
*Attorneys for Plaintiff*

Rachel Lynn Coor
8713 S. 24th Pl.
Phoenix, AZ  85042-8200
*Attorneys for Defendants*

MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Leigh and Deane Murphy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Bennett, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>Leigh Murphy and Deane Murphy, husband and wife; Murphy Cattle Company; John and Jane Does, I-X; Black and White Partnership, I-X; and ABC Corporations, I-X,<br><br>       Defendants. | No.<br><br>(Maricopa County Superior Court No. CV2019-007716)<br><br>**DECLARATION OF MATTHEW D. KLEIFIELD** |

The undersigned, Matthew D. Kleifield, hereby declares as follows:

1. I am counsel for Defendants Leigh Murphy and Deane Murphy in this action.

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to Local Rules of the United States District Court for the District of Arizona, Local Rule 36(b).

3. Exhibits "A" and "B" to the Notice of Removal filed concurrently with herewith constitute true and correct copies of all pleadings and other documents filed in the Superior Court of the State of Arizona, in and for the County of Maricopa.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/ / /



4813-8398-9403.1

1  DATED this 1st day of July, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Matthew D. Kleifield
    Matthew D. Kleifield
    Attorneys for LEIGH AND DEANE MURPHY

4813-8398-9403.1

# INDEX OF EXHIBITS TO NOTICE OF REMOVAL

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

State Court record re: *Michael Bennett, an individual, v. Leigh Murphy and Deane Murphy, husband and wife; Murphy Cattle Company; John and Jane Does I-X; Black and White Partnership I-X, and ABC Corporations I-X*, Maricopa County Superior Court Case No. CV2019-007716.

All process, pleadings and orders filed with the Superior Court:

**Exhibit A:**   Complaint / Request for Trial by Jury

**Exhibit B:**   Summons
Certificate of Compulsory Arbitration
Civil Cover Sheet
Maricopa County Superior Court Docket

**Exhibit C:**   Colorado Articles of Incorporation for Murphy Cattle Co. LLP

**Exhibit D:**   Copy of Notice of Filing Notice of Removal (Maricopa County Superior Court No. CV2019-053258)

**Exhibit E:**   Declaration of Matthew D. Kleifield

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4835-8796-5595.1