**EXHIBIT A**



**COPY**

MAY 2 8 2019

CLERK OF THE SUPERIOR COURT
C. O'NEILL
DEPUTY CLERK

1 **CARMAN LAW FIRM**
2 246 S. Cortez Street
  Prescott, Arizona 86303
3 Tel: 928.445.8056
  Fax: .928.445.8046
4 Email: krista@carmanlf.com
5 Krista M. Carman (Bar No. 021700)
  Counsel for Plaintiff
6

7 IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8 IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MICHAEL BENNETT, an individual, | Case No: CV 2019-007716 |
| Plaintiff, | **COMPLAINT** |
| v. | (tort motor vehicle) |
| LEIGH MURPHY and DEANE MURPHY, husband and wife; MURPHY CATTLE COMPANY; JOHN and JANE DOES, I-X; BLACK and WHITE PARTNERSHIP, I-X; and ABC CORPORATIONS, I-X, | |

Plaintiff MICHAEL BENNETT alleges as follows:

### PRELIMINARY MATTERS

1. Plaintiff was at all times mentioned herein a resident of Maricopa County, Arizona.

2. The events upon which this Complaint is based occurred within the County of Maricopa, State of Arizona. This court has jurisdiction and venue is proper.

3. Defendants LEIGH MURPHY and DEANE MURPHY are husband and wife and reside in De Baca County, New Mexico.

4. Defendants and their marital community are liable for the acts of Defendant

LEIGH MURPHY as her acts were in furtherance of or committed for the benefit of her marital community.

5. Defendant MURPHY CATTLE COMPANY is owned and operated by Defendants LEIGH MURPHY and DEANE MURPHY and conducts business throughout Arizona.

6. Defendants DOES I-X, BLACK and WHITE PARTNERSHIP I-X and/or ABC CORPORATION I-X, are persons, partnerships, corporations or incorporated associates subject to suit in a common name whose names are unknown to the Plaintiff. They are, therefore, designated by fictitious names pursuant to Rule 10(f), *Rules of Civil Procedure*. Plaintiff will ask leave of the Court to substitute the true names of the said parties prior to the entry of Judgment herein.

7. On January 11, 2019, Plaintiff MICHAEL BENNETT came to the aid of a disabled vehicle on US 60 at Mile Post 112 in Wickenburg, Arizona.

8. Plaintiff while working at a local business nearby, ran over to help the disabled vehicle by pushing the vehicle off the roadway when Defendant LEIGH MURPHY, who was driving a freight truck and pulling a horse trailer, failed to see the disabled vehicle and struck Plaintiff with her freight truck as he was pushing the disabled vehicle.

9. The Defendants are liable under the community property law.

10. Defendant MURPHY CATTLE COMPANY is liable to Plaintiff for Defendant LEIGH MURPHY's tortious conduct pursuant to the doctrines of respondent superior, vicarious liability, or agency law.

2

11. The Defendants' negligence caused extremely serious injuries and damages to Plaintiff, including, but not limited to, past and future medical expenses, property damage, past and future lost income, extreme pain and suffering, and mental anguish.

## JURY DEMAND

12. Plaintiff hereby requests and demands a trial by jury.

## PRAYER

WHEREFORE, Plaintiff is entitled to judgment in his favor and against Defendants as follows:

A. Special and general damages incurred herein;

B. Taxable costs;

C. Prejudgment interest on all special damages at the statutory rate from time expended until paid; and

D. Such other and further relief as the court may deem just and equitable.

DATED this ____ day of May, 2019.

**CARMAN LAW FIRM**

By: _____
Krista M. Carman
André E. Carman
Counsel for Plaintiff